AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

05 JUN -1 PM 3:37

Northern DISTRICT OF Ohio, Eastern Division

AKRON

UNITED STATES OF AMERICA

v.

## CRIMINAL COMPLAINT

CHAD A. WORTHINGTON

CASE NUMBER: 5 MJ 5062

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 05/21/05 to 06/01/05 in STARK/TUSCARAWAS county, in the Northern District of Ohio, Eastern Division defendant(s) did, (Track Statutory Language of Offense)

**knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in section 2423(f), with another person,**

in violation of Title 18 United States Code, Section(s) 2423(b).

I further state that I am a Special Agent of the FBI (Official Title) and that this complaint is based on the following facts:

**See Attached Affidavit hereby incorporated by reference as if fully restated herein.**

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: [signature]
Deputy Clerk

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

[signature]
Signature of Complainant
**James L. Herman**
**Special Agent**
**FBI**

**AUSA - Mike Sullivan**
Sworn to before me and subscribed in my presence,

6-1-05
Date

at Akron, Ohio
City and State

James S. Gallas, U.S. Magistrate Judge
Name & Title of Judicial Officer

[signature]
Signature of Judicial Officer

NORTHERN DISTRICT OF OHIO )
) ss. AFFIDAVIT
COUNTY OF STARK )

5:05 MJ 5062
05 JUN -1 PM 3:37
NORTHERN DISTRICT OF OHIO AKRON

I, JAMES L. HERMAN, being first duly sworn, do hereby depose and state:

1. Affiant has been a Special Agent of the Federal Bureau of Investigation since May 2002. During that time, Affiant has been assigned to investigate crimes in the Cyber Crimes and Violent Crimes and Major Offender (VCMO) Program, including investigations involving the Sexual Exploitation of Children (SEOC), which are violations of federal law. I have gained experience in the conduct of such investigations through training and interactions with other experienced agents. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. The information set forth in this affidavit was obtained during the course of Affiant's employment with the FBI, through investigations conducted by Affiant or communicated to Affiant by other local and federal law enforcement officers, and establishes the existence of probable cause to believe that CHAD WORTHINGTON, hereinafter referred to as "WORTHINGTON", a white male, born XX/XX/1977, Social Security Account Number (SSAN) XXX-XX-3353 (the day and month and the first five digits of the subject's SSAN have been redacted for privacy purposes), has engaged in activity constituting a violation of Title 18 U.S.C. Section 2423(b) in that he knowingly traveled in interstate commerce for the purpose of engaging in an illicit sexual conduct, as defined in 2423(f), with another person.

3. This affidavit is being submitted in support of a Criminal Complaint for a Federal Arrest Warrant to be served upon CHAD WORTHINGTON, 11263 South Landing, Ellisburg, New York, for activity in violation of Title 18 U.S.C. Section 2423(b) in that he knowingly traveled in interstate commerce for the purpose of engaging in an illicit sexual conduct, as defined in 2423(f), with another person. Since this affidavit is being submitted to establish probable cause to arrest, I have not set forth every fact in this investigation.

4. As shown herein, on May 21, 2005, while acting in an undercover capacity, a law enforcement officer (hereinafter referred to as "UCA") logged into an AOL Incorporated chat room entitled "daufeelsdaderect". The UCA, utilizing the screen

name of "Lorie4Laci" and posing as "Lorie", an adult female, with one daughter, "Laci", age 14 years old, was electronically contacted, via Instant Message (IM), by an individual utilizing the screen name of "Britishwtch". IM or Private Message (PM) enables Internet users to communicate in a two-way private mode with each other.

5. During the above IM session, WORTHINGTON contacted the UCA via IM and asked the ages of Lorie and Laci. He was advised that Lorie was 34 years old and Laci was 14 years old. WORTHINGTON inquired stating "i need a woman in my life open to just about every perverse kinky thing you can imagine. someone not inclined to say no. and the two of you together make it more then one could ever want". WORTHINGTON advised the UCA that "I've experienced, incest, k-9, bdsm, slavery. any toy you could ever dream of. group. my favorite game is for a pet to be tied and offered to any guest at a party as a treat many guests at a time if there inclined. very into public voyeurism, and humiliation, anal, oral, anything you could think of luv, my limits are based on who im with for i have none".

6. During this chat session, the UCA asked WORTHINGTON what he wanted to do with Lorie and Laci. WORTHINGTON replied, " id imagine luv, and ill respect those (referring to limits), as i said based on you and her. I am actually a nice learned guy. mellow and loving". When the UCA stated that they will do what the other asks, WORTHINGTON stated, "anal, oral, k-9". The UCA advised that the oral and k-9 would be off limits for Laci. WORTHINGTON stated "alright, bdsm". WORTHINGTON advised the UCA that his name was "CHAD" and he lives in New York near Syracuse. WORTHINGTON and the UCA continued conversation about WORTHINGTON traveling from New York to Ohio to engage in sexual activity with Lorie and her juvenile daughter. WORTHINGTON advised that he wished to travel within a week and stated that he could arrive in Ohio on Tuesday or Wednesday. WORTHINGTON requested a location of a hotel and a meeting place. The UCA advised WORTHINGTON that the Hampton Inn, Massillon, Ohio is close to her residence as is the Bob Evans Restaurant in Massillon, Ohio.

7. On same date, the UCA and WORTHINGTON exchanged pictures via email. The UCA transmitted pictures of "Lorie" and "Laci". WORTHINGTON transmitted a picture of a white male, shaved head, beard, sitting at a desk, whom he stated was himself.

8. During the second chat session on May 22, 2005, WORTHINGTON and the UCA continued conversations about WORTHINGTON traveling to Ohio to engage in sexual activity with Lorie and Laci. During this chat session, WORTHINGTON chatted with who he believed to be Laci, the 14 year old juvenile female. WORTHINGTON asked "Laci" what she was going to do for him upon

his arrival to Ohio. When the UCA said whatever he wanted, WORTHINGTON asked, "do you enjoy cock inside your ass and pussy luv?". When the UCA said it may hurt, WORTHINGTON stated "if im gentle will you let me?". The UCA said she would think about it and WORTHINGTON stated, to whom he believed to be a juvenile female "alright, and what do you like doing to your mother sweety?"..."i am coming, but it might have to be Wednesday". WORTHINGTON and "Laci" briefly discussed his trip to Ohio and during the conversation, WORTHINGTON again asked "Laci", "and you don't like sucking cock sweety"..."you'll do that, feel my cock filling your little pussy and as if you agree. ill use you as you bury your face in mommys pussy, many thing sweet".

9. During the chat session, WORTHINGTON continued to ask the UCA sexual oriented questions about whom he thought was the juvenile female including, "what cup size are you luv?" and "will you talk dirty to me luv". During this chat session, WORTHINGTON also provided his telephone number as 315/222-3791.

10. To identify the individual utilizing the screen name "Britishwtch", subpoenas were issued to America OnLine and AT&T Wireless. Return information revealed that the above screen name and telephone number 315/222-3791 is subscribed to by ELAINE WORTHINGTON at PO Box 120, Ellisburg, NY 13636. Public records checks revealed that a CHAD WORTHINGTON also utilized the above address until September 2004. Additionally, it was determined that ELAINE WORTHINGTON was CHAD WORTHINGTON's mother.

11. IM communications, email, and telephone conversations continued between the UCA and WORTHINGTON. WORTHINGTON advised that he planned on traveling to Ohio and engaging in sexual activity with both Lorie and Laci. During the May 30, 2005 chat session, WORTHINGTON advised that he was still serious about his plans and stated "luv, theres no depending on me im coming, already rented a car". When the UCA asked if WORTHINGTON had any special requests, WORTHINGTON stated that he preferred Lorie and Laci be "shaved", "skirts, tight tops would be ideal. and simple obedience". WORTHINGTON stated "fine no anal, and anything else. we already discussed no pain for her and only light for you". The UCA advised that WORTHINGTON must use a condom for sex with Laci, the juvenile. When asked if he was bringing anything, WORTHINGTON advised "maybe a vibe, paddle, restraints, cock rings, lube. and yes gifts thought you never answered when i asked what youd both like".

12. During the same communication, WORTHINGTON advised that he would wait for the UCA in the parking lot of the Bob Evans Restaurant, Massillon, Ohio so they could walk in together. WORTHING asked if the UCA was serious and planned on actually showing up to the meeting. When the UCA advised that she would

be there, WORTHINGTON stated "good....", "well then i guess you should expect lots of toying and rough sex in many forms and her to expect my mouth cock and hands using her tenderly and hungrily in the ways im allowed."

13. During a phone conversation on May 31, 2005 WORTHINGTON advised that he made his final travel arrangements for his trip from New York to Ohio. WORTHINGTON is scheduled to arrive in Ohio at approximately 12:00 pm via automobile.

14. On June 01, 2005, WORTHINGTON traveled from New York to Ohio to engage in sexual activity with Lorie and Laci. On same date, SFO Nevada Gump contacted the Hampton Inn, Massillon, Ohio to verify WORTHINGTON's reservations. At approximately 09:50 am, Hampton Inn Manager contacted SFO Gump and advised that WORTHINGTON checked into room 416. Physical surveillance also observed WORTHINGTON unpacking items from his rented vehicle, a 1996 Green Mercury Mystique. The individual matched the picture transmitted to the UCA during previous conversations.

15. After WORTHINGTON and the UCA talked via telephone, upon his arrival, a meeting was set up for the UCA to meet WORTHINGTON in the Hampton Inn parking garage. At approximately 12:17 pm, WORTHINGTON was arrested. He was transported to the Massillon Police Department where he was advised of his Miranda Rights, signed a waiver and requested to speak with interviewing officers without the presence of an attorney.

16. During the interview, WORTHINGTON advised that he did utilized the screen name "BRITISHWTCH" and made contact with LORIE and LACI. WORTHINGTON advised that he has thought about sex with children in the past, however has never acted on it prior to his trip to Ohio. WORTHINGTON admitted that the relationship became "real" when he spoke to Lorie over the phone. WORTHINGTON advised that he had the intentions to engage in sexual activity with Lorie and Laci upon his arrival, however was not sure if he could follow through with it. WORTHINGTON advised that he did bring condoms and "sex toys" including dildos, rope, restraints, and other sex toys. WORTHINGTON advised that he knew his actions were illegal, but he was desperate and lonely enough to follow through.

17. Based upon the information provided above, Affiant alleges that their exists probable cause to believe that CHAD

WORTHINGTON violated Title 18 U.S.C. Section 2423(b), in that he knowingly traveled in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in 2423(f), with another person.

James L. Herman
Special Agent, FBI

Sworn and subscribed before me
this 1st day of June, 2005.

James S. Gallas
United States Magistrate Judge